IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHRIS THOMPSON and THOMPSON FARMS, INC., | ) ) ) | Case No. CV-05-44-E-BLW |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Pursuant to the Order of Dismissal filed concurrently herewith, IT IS

HEREBY ORDERED, ADJUDGED AND DECREED that the Court will grant the

Thompson's motion for summary judgment  and deny the Department of Interior's

cross-motion with regard to Lease No. 427 (Docket No. 9), and will grant the

Department of Interior's motion for summary judgment and deny Thompson's

cross-motion with regard to Lease No. 94-169.  (Docket No. 8).

DATED:  **September 27, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**